```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  ANANT SINGH,

                                    Plaintiff,                    20-CV-01322 (ALC)(SN)

              -against-                                           ORDER


  CADILLAC OF GREENWICH, INC., et al.,

                                    Defendants.
----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the initial conference scheduled for Monday, March 30, 2020, at 11:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 18, 2020
         New York, New York