```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 ANANT SINGH,

                                Plaintiff,              20-CV-01322 (ALC) (SN)

            -against-                                   ORDER


CADILLAC OF GREENWICH, INC., et al.,

                                Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2020

**SARAH NETBURN, United States Magistrate Judge:**

In light of the public health crisis, the initial conference scheduled for Thursday, May 14, 2020, at 11:00 a.m. will be conducted telephonically rather than in person. At that time, the parties should call (877) 402-9757 and enter access code 7938632. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2020
          New York, New York