UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANANT SINGH,

                            **Plaintiff,**                        20-CV-1322 (ALC)(SN)

           -against-                                 **ORDER**

CADILLAC OF GREENWICH, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's May 15, 2020 order, ECF No. 19, directed the parties to file a joint letter informing the Court about the status of discovery by July 29, 2020. The parties have not filed a letter. By August 28, 2020, the parties shall file a joint letter as directed by the Court's May 15 order.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:  August 25, 2020
               New York, New York