```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANANT SINGH,

                                  Plaintiff,

                -against-

CADILLAC OF GREENWICH, INC., et al.,

                                 Defendants.

-----------------------------------------------------------------X

20-CV-01322 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of fact discovery on November 30, 2020, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

**SO ORDERED.**

                                                                                _____
                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:      December 1, 2020
                 New York, New York