```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANANT SINGH,

                        **Plaintiff,**    20-CV-01322 (ALC)(SN)

        -against-    **ORDER**

CADILLAC OF GREENWICH, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the close of discovery on September 1, 2021, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

    In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

**SO ORDERED.**

                                                      _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:    September 3, 2021
               New York, New York