```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANANT SINGH,

                     **Plaintiff,**

     -against-

CADILLAC OF GREENWICH, INC., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

20-CV-01322 (ALC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

     A settlement conference is scheduled for Tuesday, November 9, 2021, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information before the conference.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, November 2, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

Dated:     October 25, 2021
             New York, New York