UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/11/2022
```

| | |
|---|---|
| ANANT SINGH,<br><br>                    Plaintiff,<br><br>-against-<br><br>CADILLAC OF GREENWICH, INC., ET AL.,<br><br>                    Defendants. | 20-cv-1322 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' letter dated December 3, 2021 requesting a pre-motion conference in connection with their anticipated motion for summary judgment. ECF No. 40. Defendants' request is **DENIED**. Defendants are hereby **GRANTED** leave to file a motion for summary judgment. The parties are directed to adhere to the following schedule concerning Defendants' Motion for Summary Judgment:

| | |
|---|---|
| **Opening Brief** | February 1, 2022 |
| **Opposition** | February 22, 2022 |
| **Reply** | March 8, 2022 |

SO ORDERED.

Dated:   January 11, 2022
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge