UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANANT SINGH,

                                                Plaintiff,                              20-CV-01322 (ALC)(SN)

             -against-                                            **ORDER**

CADILLAC OF GREENWICH, INC., et al.,

                                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court has received a communication from Plaintiff Singh regarding the Court's January 11, 2022 order, ECF No. 41. The Defendants will be filing a motion for summary judgment on February 1, 2022. Plaintiff's opposition to that motion is due three weeks later, on February 22, 2022. Failure to oppose Defendants' motion could result in dismissal of the case. To the extent that Plaintiff is seeking legal assistance, he is encouraged to contact the NYLAG Legal Clinic for Pro Se Litigants. Information about the Clinic is available at https://www.nysd.uscourts.gov/attorney/legal-assistance.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:       January 28, 2022
                   New York, New York