**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANANT SINGH,

                    Plaintiff,

    -against-                                  20 **CIVIL** 1322 (ALC)

                                                **<u>JUDGMENT</u>**

CADILLAC OF GREENWICH, INC. and
GENERAL MOTORS, LLC,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2022, Plaintiff's request for additional discovery is DENIED, and Defendants' motion for summary judgment in GRANTED.

**Dated:**  New York, New York

       September 21, 2022

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**

                                    **BY:**   *K. Mango*

                                                         _____
                                                          **Deputy Clerk**